| | | | | | |
|---|---|---|---|---|---|
| ~~11~~ | AMERICAN EXPRESS BANK FSB | $ | ~~10.94~~ | $ | ~~0.11~~ |
| 12 | BMW Bank of North America | $ | 12,754.54 | $ | 127.56 |
| 13 | Fia Card Services, NA/Bank of America | $ | 20,792.79 | $ | 207.96 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

*[Handwritten annotations: FILED 2010 JUL -2 PM 1:17, U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON; Case No. 09-55145; Receipt No. 81578; $0.11; Receipt 81578; Check No. 116]*

**UST Form 101-7-TFR (9/1/2009)**